# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1794
_____

HOWELL LOGGING, INC./BITCO
GENERAL INSURANCE
CORPORATION,

   Appellants/Cross-Appellees,

   v.

JOSE DE JESUS GODINEZ AVINA,

   Appellee/Cross-Appellant.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident:  September 26, 2023.

                              January 23, 2026

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Pamela J. Cox of PJCox Law, P.A., Maitland, for Appellants/Cross-Appellees.

Michael J. Winer of Winer Law Group, P.A., Tampa and Gil Panzer of Panzer Law, Boca Raton, for Appellee/Cross-Appellant.